Christopher C. Smith (SBN #238882)
John S. LeRoy (*pro hac vice to be filed*)
Kyle G. Konz (*pro hac vice to be filed*)
csmith@brookskushman.com
jleroy@brookskushman.com
kkonz@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI  48075
Tel.:  248-358-4400

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAGETA TECH LLC, a California Limited Liability Company;<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:23-CV-01632-CKD<br><br>**STIPULATED ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT OR OTHERWISE PLEAD**<br><br>**JURY DEMAND** |

Plaintiff, Kageta Tech LLC, and Defendant, Ford Motor Company ("Ford"), hereby stipulate and agree, subject to the approval of the Court, that Ford's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended twenty-eight (28) days from August 31, 2023 to September 28, 2023.  Neither party has previously obtained an extension.

Dated: 8/25/2023

By: /s/  
LANDON D. BAILEY (State Bar No. 240236)  
BAILEY PLC  
1200 Suncast Lane, Suite 7  
El Dorado Hills, CA 95762  
Telephone: (916) 713-2580  
landon@baileyplc.com  

DAVID BERTEN (*pro hac vice to be filed*)  
ALISON A. RICHARDS (*pro hac vice to be filed*)  
Global IP Law Group, LLC  
55 West Monroe Street, Suite 3400  
Chicago, IL 60603  
Telephone: (312) 241-1500  
dberten@giplg.com  
arichards@giplg.com  

*Attorneys for Plaintiff*  
*Kageta Tech LLC*

Dated: 8/25/2023

By: /s/  
Christopher C. Smith (SBN #238882)  
John S. LeRoy (*pro hac vice to be filed*)  
Kyle G. Konz (*pro hac vice to be filed*)  
BROOKS KUSHMAN P.C.  
1000 Town Center, 22nd Floor  
Southfield, MI  48075  
Tel.: 248-358-4400  
csmith@brookskushman.com  
jleroy@brookskushman.com  
kkonz@brookskushman.com  

*Attorneys for Defendant*

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 28, 2023

_____  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE