

# United States District Court
# Eastern District of California

| Kageta Tech LLC, |
|---|
Plaintiff(s)

Case Number: 2:23-cv-01632-CKD

V.

| Ford Motor Company, |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __David P. Berten_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Kageta Tech LLC,

On ____11/09/1989_____ (date), I was admitted to practice and presently in good standing in the ____Illinois Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: ____8/24/2023_____   Signature of Applicant: /s/ __David P. Berten_____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David P. Berten |
| Law Firm Name: | Global IP Law Group, LLC |
| Address: | 55 W. Monroe Street |
| | Suite 3400 |
| City: | Chciago      State: IL      Zip: 60603 |
| Phone Number w/Area Code: | (312) 241-1502 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | dberten@giplg.com |
| Secondary E-mail Address: | kmartin@giplg.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Landon D. Bailey |
| Law Firm Name: | Bailey PLC |
| Address: | 1200 Suncast Lane, Suite 7 |
| City: | El Dorado Hills      State: CA      Zip: 95762 |
| Phone Number w/Area Code: | (916) 713-2580      Bar # 240236 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 29, 2023

_/s/ Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
8/8/2023

Re: David Powers Berten
 Attorney No. 6200898

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Powers Berten was admitted to practice law in Illinois on 11/9/1989; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar