

# United States District Court
# Eastern District of California

| | |
|---|---|
| Kageta Tech LLC | Case Number: 2:23-cv-01632-CKD |
| Plaintiff(s) | |
| V. | |
| Ford Motor Company | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John S. LeRoy hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ford Motor Company

On 06/26/2001 (date), I was admitted to practice and presently in good standing in the Eastern District of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/29/2023     Signature of Applicant: /s/ John S. LeRoy

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John S. LeRoy |
| Law Firm Name: | Brooks Kushman P.C. |
| Address: | 1000 Town Center |
| | 22nd Floor |
| City: | Southfield   State: MI   Zip: 48075 |
| Phone Number w/Area Code: | (248) 226-2754 |
| City and State of Residence: | Birmingham, MI |
| Primary E-mail Address: | jleroy@brookskushman.com |
| Secondary E-mail Address: | john-leroy-8218@ecf.pacerpro.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christopher C. Smith |
| Law Firm Name: | Brooks Kushman P.C. |
| Address: | 1000 Town Center |
| | 22nd Floor |
| City: | Southfield   State: MI   Zip: 48075 |
| Phone Number w/Area Code: | (248) 226-2780   Bar #: 238882 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 29, 2023

_/s/ Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## *John S. LeRoy*

was duly admitted to practice in this Court on 06/26/2001,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 08/29/2023.

*Kinikia D. Essix*
Clerk



*Tracy Thompson*
Deputy Clerk