LANDON D. BAILEY (State Bar No. 240236)
BAILEY PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, CA 95762
Telephone: (916) 713-2580
Email:  landon@baileyplc.com

DAVID BERTEN (*pro hac vice*)
ALISON A. RICHARDS (*pro hac vice*)
Global IP Law Group, LLC
55 West Monroe Street
Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500
Email: dberten@giplg.com
           arichards@giplg.com

*Attorneys for Plaintiff Kageta Tech LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAGETA TECH LLC, a California Limited Liability Company;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | CASE NO.  2-23-cv-01632-WBS-CKD<br><br>**AMENDED STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF MICHIGAN** |

Stipulation

Plaintiff, Kageta Tech LLC ("Kageta"), and Defendant, Ford Motor Company ("Ford"), hereby stipulate and agree, subject to the approval of the Court, that Kageta's time to respond to Ford's Motion to Transfer to the Eastern District of Michigan (D.I. 27) shall be extended forty-nine (49) days from December 13, 2023 to January 31, 2023. Ford's reply will be due February 14, 2023. The parties also request to continue the hearing date for the motion to March 4, 2024. The parties request that the Scheduling Conference be moved to April 22, 2023, with their Joint Report due April 8, 2023.

Kageta has not previously obtained an extension.

Dated: December 5, 2023

By: /s/ Alison A. Richards
LANDON D. BAILEY (State Bar No. 240236)
BAILEY PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, CA 95762
Telephone: (916) 713-2580
landon@baileyplc.com

DAVID BERTEN (admitted via *pro hac vice*)
ALISON A. RICHARDS (admitted via *pro hac vice*)
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500
dberten@giplg.com
arichards@giplg.com
*Attorneys for Plaintiff Kageta Tech LLC*

Dated: December 5, 2023

By: /s/ Kyle G. Konz
Christopher C. Smith (SBN #238882)
John S. LeRoy (admitted via *pro hac vice*)
Kyle G. Konz (admitted via *pro hac vice*)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel.: 248-358-4400
csmith@brookskushman.com
jleroy@brookskushman.com
kkonz@brookskushman.com
*Attorneys for Defendant*

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  December 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE